**UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**

**COMPLAINT**

**FOR CIVIL RACKETEERING, CIVIL VIOLATIONS OF THE CRIMINALLY**
**INFLUENCED AND CORRUPT ORGANIZATIONS ACT, FOR DEPRIVATION OF**
**CIVIL RIGHTS UNDER THE COLOR OF LAW AND FOR OTHER RELIEF**

# EXHIBIT 5

# Officer Cuthbert Cyril's Nov. 3, 2011, Correspondence



Raymond Hyndman
Acting Police
Commissioner

# Government of
# The Virgin Islands of the United States

VIRGIN ISLANDS POLICE DEPARTMENT
OFFICE OF THE POLICE COMMISSIONER



Police Operations and
Administrative Services
#45 Mars Hill, Frederiksted
St. Croix, U.S.V.I. 00840
(340) 778-2211

Alexander Farrelly Justice Complex
Charlotte Amalie
St. Thomas, U.S.V.I. 00802
(340) 774-2310

Leander Jurgen Command
Cruz Bay
St. John, U.S.V.I. 00830
(340) 693-8880

Patrick Sweeney Complex
RR 02, Kingshill
St. Croix, U.S.V.I. 00850
(340) 778-2244

November 3, 2011

Misses/Mr. Dawn Prosser
5-10 Estate Shoys Christiansted
St. Croix, U.S.V.I. 00820

Re: Criminal Investigation at #5-10 Estate Shoys

Dear Ms/Mr. Dawn Prosser:

    The Virgin Islands Police Department (VIPD) is advising you that the criminal investigation of the July 29, 2011 incident is still on going. This correspondence serves as notice that the VIPD has not concluded or released the area at your residence in Estate Shoys, in particular the room of which the incident occured, containing several bottles wine. That room must remain lock and secured at all times. In the event that you or anyone require access to that room please notify me so that I can be present. It is important that the crime scene remain intact during the course of this investigation as thee are several interviews pending for the conclusion of this investigation. The VIPD has served Forthwith Subpoenas, issued by the Attorney Generals office of the United States Virgin Islands on two employees of Christies Inc. on September 27, 2011 to provide statements as to their visit to your property on July 29, 2011. On July 28, 2011 Christies internal legal counsel requested time to obtain a counsel on the Island of St. Criox for representation, that request was granted to Christies.

At this time we are seeking your assistance in obtaining the address, fax number or email of one Jim Carroll in order to serve him with a Forthwith Subpoena as a party to this criminal investigation. The VIPD apologize for any inconvenience this may cause you and your family during the course of this criminal investigation.

Thank you for your time and cooperation.

Respectfully,

Cuthbert Cyril
Police Officer USVI

Cc: Charlotte Poole Davis, Assistant Attorney General