**UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**

**COMPLAINT**

**FOR CIVIL RACKETEERING, CIVIL VIOLATIONS OF THE CRIMINALLY INFLUENCED AND CORRUPT ORGANIZATIONS ACT, FOR DEPRIVATION OF CIVIL RIGHTS UNDER THE COLOR OF LAW AND FOR OTHER RELIEF**

# EXHIBIT 7

# Mr. Prosser's April 19, 2012, Affidavit

Case 3:21-ap-03001-MFW Doc 1-7 Filed 07/20/21 Entered 07/20/21 12:07:04 Desc
Exhibit Exhibit 7 JJP Affidavit 4/19/2012 Page 2 of 3

Case 1:12-cv-00042 Document #: 1-16 Filed: 04/20/12 Page 1 of 2

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| OAKLAND BENTA, | ) | CIVIL NO.: 2012/ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AFFIDAVIT OF JEFFREY J. PROSSER |
| | ) | |
| GOV. JOHN P. DE JONGH, JR., | ) | |
| in his official and individual capacity, and | ) | |
| THE GOVERNMENT OF THE UNITED | ) | |
| STATES VIRGIN ISLANDS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

State of Florida      )
                      ) ss.
Palm Beach County  )

I, the undersigned Jeffrey J. Prosser, being first duly sworn, do hereby state the following to be true:

1. I am an adult citizen of the United States and am competent to testify as to the matters set forth herein below.

2. On December 12, 2011, I was being deposed by William Stassen, Esq., who is one of the attorneys for James P. Carroll, Trustee of the Chapter 7 Bankruptcy Estate of Jeffrey J. Prosser, being my personal bankruptcy case, which is pending in the United States District Court for the District of the Virgin Islands, St. Thomas and St. John Division, Bankruptcy Division.

3. One of the subject matters of the deposition was the incident described in Oakland Benta's above captioned Complaint as the July 29, 2011 Incident.

4. During a break in the depositions, while my attorney was on the phone with

Oakland Benta, I had a conversation with Mr. Stassen in which we discussed the status of the then ongoing Virgin Islands police investigation of the July 29, 2011 incident. During the discussion between me and Mr. Stassen, Mr. Stassen became visibly aggravated and stated specifically with reference to Oakland Benta that "your little friend [Oakland Benta] has gotten himself into trouble he cannot get out of." (Explanation added.)

5. Based upon the context and content of the discussion between me and Mr. Stassen, Mr. Stassen's physical expression and demeanor, and his tone of voice, I understood Mr. Stassen's comment to be a direct threat against Mr. Benta.

Further, Affiant sayeth not.

Dated: April 19, 2012

_____
Jeffrey J. Prosser, Affiant

Sworn to and subscribed before me by Jeffrey J. Prosser this 19th day of April 2012.

_____ Notary Public

2/14/13
_____ Commission Expiration Date



DANNY GARCIA
Notary Public - State of Florida
My Comm. Expires Feb 14, 2013
Commission # DD 856199
Bonded Through National Notary Assn.