**UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**

**COMPLAINT**

**FOR CIVIL RACKETEERING, CIVIL VIOLATIONS OF THE CRIMINALLY INFLUENCED AND CORRUPT ORGANIZATIONS ACT, FOR DEPRIVATION OF CIVIL RIGHTS UNDER THE COLOR OF LAW AND FOR OTHER RELIEF**

# EXHIBIT 12

# VIAAG's November 21, 2011, Forthwith Subpoena

GOVERNMENT OF
THE VIRGIN ISLANDS OF THE UNITED STATES
o
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
6040 Castle Coakley
Christiansted, St. Croix, U.S. Virgin Islands 00820

Tel: (340) 773-0295
Fax: (340) 773-1425

# FAX COVER PAGE

**PLEASE DELIVER TO:**

NAME: Atty. Patrick Egan
COMPANY/FIRM/DEPT: Fox Rothschild
CITY: Phila., Penn
FAX NUMBER: 215-299-2150

TOTAL NUMBER OF PAGES, INCLUDING COVER PAGE: 2
SUBJECT OR FILE REF: In Re Investigation 11A09062

**FROM:**

NAME: Cuthbert Cyril, Police Officer
CITY: St. Croix, VI
COMPANY/FIRM/DEPT: VIPD
FAX NUMBER: 340 719-6714

**REMARKS:**

*The pages comprising this facsimile transmission contain confidential and privileged information. This information is intended solely for use by the individual entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify us by telephone immediately, so we may arrange to retrieve this transmission at no cost to you.*



**PEOPLE OF
THE VIRGIN ISLANDS OF THE UNITED STATES**
—o—
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
6040 Castle Coakley
Christiansted, St. Croix, U.S. Virgin Islands 00820

Tel: (340) 773-0295
Fax: (340) 773-1425

November 23, 2011

## INVESTIGATION OF THE OFFICE OF THE ATTORNEY GENERAL
—o—

### REPORT #11A09012

**TO:** JAMES CARROLL, Carroll Services, LLC

**ADDRESS:** 4 Mount Royal Ave., Suite 420, Marlboro, Massachusets 01752

Pursuant to Title 4 Virgin Islands Code, Section 601 et.seq.:

You are hereby **COMMANDED** to appear before **POLICE OFFICER CUTHBERT CYRIL**, of the Virgin Islands Police Department, at Rainbow Building, #45 Mars Hill, Frederiksted, St. Croix, **FORTHWITH** for an interview in connection with a criminal investigation.

**FAILURE to appear at such time and place may lead to the application for an issuance of a warrant for your ARREST pursuant to Title 5 Virgin Islands Code, Section 654.**

VINCENT F. FRAZER
ATTORNEY GENERAL

DATED: 11/23/11    By: _Charlotte Poole Davis_
CHARLOTTE POOLE DAVIS, ESQ
ASSISTANT ATTORNEY GENERAL

### RETURN OF SERVICE

**I HEREBY** certify that I received this subpoena on this 23 day of November, 2011, and served the same on _James Carroll by fax_ by showing this original and then by delivering a copy on this 23 day of _November_ 2011.

_____
INVESTIGATOR