# THE UNITED STATES DISTRICT COURT
# FOR THE UNITED STATES VIRGIN ISLANDS
# BANKRUPTCY DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 06-30009 |
| JEFFREY J. PROSSER, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| OAKLAND BENTA, JEFFREY J. ) | |
| PROSSER, AND DAWN E. PROSSER, ) | |
| ) | Adv. Pro. No. 3:21-ap-03001-MFW |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| CHRISTIE'S INC., CHARLES ANTIN, ) | |
| FOX ROTHSCHILD LLP, YANN ) | |
| GERON, WILLIAM H. STASSEN, ) | |
| DAVID M. NISSMAN, JAMES P. ) | |
| CARROLL ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR EXTENSION OF TIME TO
## RESPOND TO PLAINTIFFS' COMPLAINT

Plaintiffs Jeffrey J. Prosser, Dawn Prosser and Oakland Benta ("Plaintiffs") and Defendants Christie's, Inc., Charles Antin, Fox Rothschild LLP, Yann Geron, William H. Stassen, David M. Nissman and James P. Carroll ("Defendants") hereby move for an extension of time for Defendants to respond to Plaintiffs' complaint [DE 1] (the "Complaint") to October 21, 2021 and for a subsequent briefing schedule.

On July 20, 2021, Plaintiffs filed the Complaint commencing the above-captioned adversary proceeding, Adv. Pro. No. 3:21-ap-03001-MFW, against Defendants in the United States District Court for the United States Virgin Islands, Bankruptcy Division. On July 20,

125121365.1

2021, the Court issued Summons and Notices of Pretrial Conference [DE 4 and 5] **setting forth Defendants' time to respond to the Complaint as on or before August 19, 2021**.

The parties have agreed to extend the deadline for Defendants to file a response to the Complaint and to a briefing schedule, as set forth below:

1. Defendants shall file a response to the Complaint on or before October 21, 2021.

2. Plaintiffs shall file an opposition to any motion filed by Defendants in response to the Complaint within 60 days after the filing of Defendants' response.

3. Defendants shall file a reply to Plaintiffs' opposition within 30 days after the filing of Plaintiff's opposition.

## CONCLUSION

**WHEREFORE,** Defendants respectfully request that the Court:

(A)   extend Defendants' time to respond to Plaintiffs' Complaint to **October 21, 2021**; and

(B)   set a briefing schedule that (1) Plaintiffs shall file an opposition to any motion filed by Defendants in response to the Complaint within 60 days after the filing of Defendants' response; and (2) Defendants shall file a reply to Plaintiffs' opposition within 30 days after the filing of Plaintiff's opposition.

Dated: August 10, 2021

**FOX ROTHSCHILD LLP**

By:   /s/ Elizabeth C. Viele
  Elizabeth C. Viele, Esq.
  101 Park Avenue, Suite 1700
  New York, NY 10178
  Phone: (212) 878-7900

  *Attorneys for Defendants Fox Rothschild LLP, William H. Stassen, James P. Carroll, and Yann Geron*

**HUNTON ANDREWS KURTH LLP**

By:   /s/ Joseph Patella
  Joseph Patella, Esq.
  200 Park Avenue
  52nd Floor
  New York, NY 10166
  Phone: (212) 850-2839

  *Attorneys for Defendants Christie's Inc., Charles Antin, and David M. Nissman*

125121365.1                                        2

LAW OFFICES OF LAWRENCE H. SCHOENBACH

By: *[signature]*
Lawrence H. Schoenbach, Esq.
111 Broadway, Suite 901
New York, NY 10006
Phone: (212) 346-2400

*Attorneys for Plaintiff Jeffrey J. Prosser*

By: *[signature]*
Dawn E. Prosser
P.O. Box 3426
Palm Beach, FL 33480

*Plaintiff, pro se*

By: *[signature]*
Oakland Benta
P.O. Box 3388
Frederikstead
St. Croix USVI 00841

*Plaintiff, pro se*

125121365.1                                  3                                  8/6/2021