**THE UNITED STATES DISTRICT COURT
FOR THE UNITED STATES VIRGIN ISLANDS
BANKRUPTCY DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 06-30009 |
| JEFFREY J. PROSSER, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| OAKLAND BENTA, JEFFREY J. | ) | |
| PROSSER, AND DAWN E. PROSSER, | ) | |
| | ) | Adv. Pro. No. 3:21-ap-03001-MFW |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| CHRISTIE'S INC., CHARLES ANTIN, | ) | |
| FOX ROTHSCHILD LLP, YANN | ) | |
| GERON, WILLIAM H. STASSEN, | ) | |
| DAVID M. NISSMAN, JAMES P. | ) | |
| CARROLL | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER GRANTING SECOND JOINT MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFFS' COMPLAINT**

Upon the Second Joint Motion of Plaintiffs Jeffrey J. Prosser, Dawn Prosser and Oakland

Benta ("Plaintiffs") and Defendants Christie's, Inc., Charles Antin, Fox Rothschild LLP, Yann

Geron, William H. Stassen, David M. Nissman and James P. Carroll ("Defendants") for an

extension of time for Defendants to respond to Plaintiffs' complaint [DE 1] (the "Complaint")

from October 21, 2021 to November 2, 2021 and for a subsequent briefing schedule, and good

cause appearing therefor; it is hereby

ORDERED, that

1. Defendants shall file a response to the Complaint on or before November 2, 2021.

127275406.1

2.  Plaintiffs shall file an opposition to any motion filed by Defendants in response to the Complaint within 60 days after the filing of Defendants' response.

3.  Defendants shall file a reply to Plaintiffs' opposition within 30 days after the filing of Plaintiff's opposition.

Dated:                    _____

HON. MARY F. WALRATH, USBJ