## THE UNITED STATES DISTRICT COURT
## FOR THE UNITED STATES VIRGIN ISLANDS
## BANKRUPTCY DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 06-30009 |
| JEFFREY J. PROSSER, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| OAKLAND BENTA, JEFFREY J. ) | |
| PROSSER, AND DAWN E. PROSSER, ) | |
| ) | Adv. Pro. No. 3:21-ap-03001-MFW |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| CHRISTIE'S INC., CHARLES ANTIN, ) | |
| FOX ROTHSCHILD LLP, YANN ) | |
| GERON, WILLIAM H. STASSEN, ) | |
| DAVID M. NISSMAN, JAMES P. ) | |
| CARROLL ) | |
| ) | |
| Defendants. ) | |
| ) | |

### STIPULATION ON DEFENDANTS' REQUEST TO FILE A BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS IN EXCESS OF 20 PAGES

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, that defendants James P. Carroll, Chapter 7 trustee of the estate of Jeffrey J. Prosser, Fox Rothschild, LLP, Yann Geron, William Stassen, Christie's Inc., Charles Antin, and David M. Nissman (collectively "Defendants") are permitted to submit a singled combined brief of no more than 50 pages in support of Defendants' Motion to Dismiss.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be signed in counterparts and that signatures transmitted by facsimile or e-mail will constitute originals for purposes of this Stipulation.

**[SIGNATURE PAGE TO FOLLOW]**

Dated: October 27, 2021

| | |
|---|---|
| **FOX ROTHSCHILD LLP** | **HUNTON ANDREWS KURTH LLP** |
| By: /s/ Elizabeth C. Viele<br>Elizabeth C. Viele, Esq.<br>101 Park Avenue, Suite 1700<br>New York, NY 10178<br>Phone: (212) 878-7900 | By: /s/ Joseph Patella<br>Joseph Patella, Esq.<br>200 Park Avenue<br>52nd Floor<br>New York, NY 10166<br>Phone: (212) 850-2839 |
| *Attorneys for Defendants Fox Rothschild LLP, William H. Stassen, James P. Carroll, and Yann Geron* | *Attorneys for Defendants Christie's Inc., Charles Antin, and David M. Nissman* |
| **LAW OFFICES OF LAWRENCE H. SCHOENBACH** | |
| /s/ Lawrence Schoenbach<br>By:<br>Lawrence H. Schoenbach, Esq.<br>111 Broadway, Suite 901<br>New York, NY 10006<br>Phone: (212) 346-2400 | Dawn E. Prosser by:<br>/s/ Lawrence Schoenbach<br>By:<br>Dawn E. Prosser<br>P.O. Box 3426<br>Palm Beach, FL 33480 |
| *Attorneys for Plaintiff Jeffrey J. Prosser* | *Plaintiff, pro se* |

By:    Oakland Benta by:
        /s/ Lawrence Schoenbach
    Oakland Benta
    P.O. Box 3388
    Frederikstead
    St. Croix USVI 00841

*Plaintiff, pro se*