# THE UNITED STATES DISTRICT COURT
# FOR THE UNITED STATES VIRGIN ISLANDS
# BANKRUPTCY DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 06-30009 |
| JEFFREY J. PROSSER, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| OAKLAND BENTA, JEFFREY J. ) | |
| PROSSER, AND DAWN E. PROSSER, ) | |
| ) | Adv. Pro. No. 3:21-ap-03001-MFW |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| CHRISTIE'S INC., CHARLES ANTIN, ) | |
| FOX ROTHSCHILD LLP, YANN ) | |
| GERON, WILLIAM H. STASSEN, ) | |
| DAVID M. NISSMAN, JAMES P. ) | |
| CARROLL ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER APPROVING STIPULATION ON DEFENDANTS' REQUEST TO FILE A BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS IN EXCESS OF 20 PAGES

Upon the Stipulation on Defendants' Request to File a Brief in Support of Their Motion to dismisss in Excess of 20 Pages, and good cause appearing therefor; it is hereby

ORDERED, that Defendants are permitted to submit a singled combined brief of no more than 50 pages in support of their Motion to Dismiss.

Dated: _____

HON. MARY F. WALRATH, USBJ