## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## BANKRUPTCY DIVISION
## DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |
|---|---|
| In re: | : Chapter 7 |
| | : |
| | : Case No. 06-30009 |
| JEFFREY J. PROSSER, | : |
| | : |
| Debtor. | : |
| | : |
| | : |
| OAKLAND BENTA, JEFFREY J. PROSSER, | : Adv. Pro. 3:21-ap-03001 (MFW) |
| AND DAWN E. PROSSER, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| CHRISTIE'S INC., CHARLES ANTIN, FOX | : |
| ROTHSCHILD LLP, YANN GERON, WILLIAM | : |
| H. STASSEN, DAVID M. NISSMAN, JAMES P. | : |
| CARROLL, | : |
| | : |
| Defendants. | : |

### <u>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS</u>

The Court has considered the Motion to Dismiss Plaintiffs' Complaint, filed by defendants James P. Carroll, Fox Rothschild LLP, Yann Geron, William H. Stassen, Christie's, Inc., Charles Antin and David M. Nissman ("Defendants").  Having fully considered the record before the Court and good and sufficient cause appearing thereof, it is hereby:

**ORDERED** that Defendants' motion to dismiss Plaintiffs' complaint is **GRANTED** and Plaintiffs' Complaint is dismissed in its entirety, with prejudice.

Dated:

_____
Honorable Mary F. Walrath, U.S.B.J.