**IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| JEFFREY J. PROSSER, | : | Case No. 06-30009 (MFW) |
| | : | |
| Debtor. | : | |
| | : | |
| OAKLAND BENTA, JEFFREY J. PROSSER, AND DAWN E. PROSSER, | : | Adv. Pro. 3:21-ap-03001 (MFW) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CHRISTIE'S INC., CHARLES ANTIN, FOX ROTHSCHILD LLP, YANN GERON, WILLIAM H. STASSEN, DAVID M. NISSMAN, JAMES P. CARROLL, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF MOTION TO DISMISS COMPLAINT**
**PURSUANT TO FED. R. BANKR. P. 7012**

***PLEASE TAKE NOTICE*** that Defendants, by and through their undersigned counsel, have filed a Motion to Dismiss Complaint Pursuant to Fed. R. Bankr. P. 7012 (the "Motion"), dated November 2, 2021

***PLEASE TAKE FURTHER NOTICE*** that responses, if any, to the relief sought in the Motion shall be made in writing, and must be filed with the Court electronically by registered users of the Court's electronic case filing system and, by all other parties in interest, preferably in Portable Document Format (PDF), or mailed to the Clerk of Bankruptcy Court for the Division of St. Thomas/St. John, 5500 Veteran's Drive, RM 310, Charlotte Amalie, St. Thomas, Virgin Islands 00802-6424, with a hard copy delivered directly to the Chambers of the Honorable Mary F.

127653068.1

Walrath, United States Bankruptcy Judge for the United States District Court for the United States Virgin Islands Bankruptcy Division, in her courtroom at the United States Bankruptcy Court, 824 North Market Street, 5th Floor, Wilmington, DE 19801, on compact disc, in text-searchable portable document format (PDF) with a hard copy served upon: (i) Fox Rothschild LLP, Attn: Elizabeth Viele, Esq., 101 Park Avenue, Suite 1700, New York, NY 10178; (ii) Scot McChain, Esq., McChain Hamm & Associates, LLC, 5030 Anchor Way, Ste. 13, Christiansted, VI 00820; (iii) Rachel E. Hudgins, Esq. and Joseph Patella, Esq., Hunton Andrews & Kurth LLP, 200 Park Avenue, 52nd Floor, New York, NY 10166; and (iv) Office of the United States Trustee, 75 Spring Street Ste 362 R. Russell Bldg., Atlanta, GA 30303, so as to be actually received **no later than sixty (60) days from the date of service of the Motion.**

Dated: New York, New York
November 2, 2021

**FOX ROTHSCHILD LLP**

/s/ *Elizabeth C. Viele* (admitted *pro hac vice*)
Elizabeth C. Viele
101 Park Avenue, 17th Floor
New York, NY 10178
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
eviele@foxrothschild.com

*and-*

**MCCHAIN HAMM & ASSOCIATES, LLC**

*/s/ Scot McChain*
Scot McChain
5030 Anchor Way, Ste. 13
Christiansted, VI 00820

*Attorneys for James P. Carroll, Fox Rothschild LLP, Yann Geron, and William H. Stassen*

2

127653068.1

s/ *Rachel E. Hudgins*
**HUNTON ANDREWS KURTH LLP**
Rachel E. Hudgins (Bar No. R2075)
Joseph Patella
200 Park Avenue, 52nd Floor
New York, NY 10166

*Attorneys for Christie's, Inc., Charles Antin and David M. Nissman*

3

127653068.1