THE UNITED STATES DISTRICT COURT
FOR THE UNITED STATES VIRGIN ISLANDS
BANKRUPTCY DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 06-30009 |
| JEFFREY J. PROSSER, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| OAKLAND BENTA, JEFFREY J. ) | |
| PROSSER, AND DAWN E. PROSSER, ) | |
| ) | Adv. Pro. No. 3:21-ap-03001-MFW |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| CHRISTIE'S INC., CHARLES ANTIN, ) | |
| FOX ROTHSCHILD LLP, YANN ) | |
| GERON, WILLIAM H. STASSEN, ) | |
| DAVID M. NISSMAN, JAMES P. ) | |
| CARROLL ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

**THIS MATTER** is before the Court on Motion for Admission of Joseph A. Patella, Esq., filed by Rachel E. Hudgins, Esq., of the Bar of the District Court of the Virgin Islands pursuant to Rule 83.1(b)(2) of the Local Rules of Civil Procedure. The Petitioner has satisfied all the requirements of LRCi 83.1(b)(2) and has paid the appropriate fees.

The record shows that Attorney Joseph A. Patella is currently in good standing in the United States Supreme Court, the State of New York, the State of New Jersey, the United States District Courts of the Northern District of New York, Southern District of New York, Western District of New York, Eastern District of New York, the District of New Jersey, the United States Court of Appeals for the Second Circuit, Sixth Circuit, and Tenth Circuit.  He seeks admission to represent Defendants Christie's Inc., Charles Antin and David M. Nissman in this matter.

Upon consideration of the motion and exhibits provided therewith, it is hereby

**ORDERED** that the Motion is **GRANTED** and pursuant to LRCi 83.1(b)(2), Joseph A. Patella, Esq., is admitted *pro hac vice* to practice before this Court in this case, and he shall appear before this Court in this case, and he shall appear before this Court to take the oath prior to such practice; and it is further

**ORDERED** that Attorney Joseph A. Patella shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during this pro hac vice admission, whether such disciplinary action is taken before or after termination or revocation of his admission pro hac vice.

SO ORDERED THIS  16th  DAY OF  November , 2021.

*[signature]*

**MARY F. WALRATH**
Bankruptcy Judge of the United States District
Court of the Virgin Islands – Bankruptcy Division