**THE UNITED STATES DISTRICT COURT
FOR THE UNITED STATES VIRGIN ISLANDS
BANKRUPTCY DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 06-30009 |
| JEFFREY J. PROSSER, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| OAKLAND BENTA, JEFFREY J. ) | |
| PROSSER, AND DAWN E. PROSSER, ) | |
| ) | Adv. Pro. No. 3:21-ap-03001-MFW |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| CHRISTIE'S INC., CHARLES ANTIN, ) | |
| FOX ROTHSCHILD LLP, YANN ) | |
| GERON, WILLIAM H. STASSEN, ) | |
| DAVID M. NISSMAN, JAMES P. ) | |
| CARROLL ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER ON STIPULATION ON PLAINTIFFS' REQUEST TO EXTEND THE TIME TO
FILE THEIR REPLY TO DEFENDANTS' MOTION TO DISMISS**

Upon the Stipulation on Plaintiffs' request to extend the time to file their reply to Defendants' Motion to Dismiss, and good cause appearing therefor; it is hereby

**ORDERED** that the date for plaintiffs to file their opposition memorandum, if any, to defendants' Motion to Dismiss shall be extended from January 3, 2022 to February 3, 2022; and that Defendants' date to file their Reply Memorandum, if any, in response to Plaintiffs' brief in opposition to the Defendants' Motion to Dismiss be extended to 60 days following Plaintiff's filing of their opposition brief.

Dated: December 28, 2021

                                                                                   _____
                                                                                   HON. MARY F. WALRATH, USBJ