THE UNITED STATES DISTRICT COURT
FOR THE UNITED STATES VIRGIN ISLANDS
BANKRUPTCY DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 06-30009 |
| JEFFREY J. PROSSER, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| OAKLAND BENTA, JEFFREY J. ) | |
| PROSSER, AND DAWN E. PROSSER, ) | |
| ) | Adv. Pro. No. 3:21-ap-03001-MFW |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| CHRISTIE'S INC., CHARLES ANTIN, ) | |
| FOX ROTHSCHILD LLP, YANN ) | |
| GERON, WILLIAM H. STASSEN, ) | |
| DAVID M. NISSMAN, JAMES P. ) | |
| CARROLL ) | |
| ) | |
| Defendants. ) | |
| ) | |

**STIPULATION ON PLAINTIFFS' REQUEST TO EXTEND THE TIME TO FILE
THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel, that the date for plaintiffs Jeffrey J. Prosser, Dawn E. Prosser, and Oakland Benta (collectively "Plaintiffs") to file their opposition memorandum, if any, to defendants' James P. Carroll, Chapter 7 trustee of the estate of Jeffrey J. Prosser, Fox Rothschild, LLP, Yann Geron, William Stassen, Christie's Inc., Charles Antin, and David M. Nissman (collectively "Defendants") Motion to Dismiss ("MTD") shall be extended from February 3, 2022 to February 17, 2022; and

**IT IS FURTHER STIPULATED AND AGREED** that Plaintiffs shall not raise any arguments in the opposition memorandum, nor any other memorandum, regarding the form of

130208052.1

the MTD or whether it is in conformity with the Federal or Local Rules of Bankruptcy Procedure, while retaining the right to challenge the substance of the MTD;

**IT IS FURTHER STIPULATED AND AGREED** that Defendants' date to file their Reply Memorandum, if any, in response to Plaintiffs' brief in opposition to the Defendants' Motion to Dismiss be extended to 60 days following Plaintiff's filing of their opposition brief; and

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be signed in counterparts and that signatures transmitted by facsimile or e-mail will constitute originals for purposes of this Stipulation.

Dated: January 31, 2022

**FOX ROTHSCHILD LLP**

By:  /s/Elizabeth C. Viele
    Elizabeth C. Viele, Esq.
    101 Park Avenue, Suite 1700
    New York, NY 10178
    Phone: (212) 878-7900

*Attorneys for Defendants Fox Rothschild LLP, William H. Stassen, James P. Carroll, and Yann Geron*

**HUNTON ANDREWS KURTH LLP**

By:  /s/ Joseph Patella
    Joseph Patella, Esq.
    200 Park Avenue
    52nd Floor
    New York, NY 10166
    Phone: (212) 850-2839

*Attorneys for Defendants Christie's Inc., Charles Antin, and David M. Nissman*

**LAW OFFICES OF LAWRENCE H. SCHOENBACH**

By: _____
    Lawrence H. Schoenbach, Esq.
    111 Broadway, Suite 901
    New York, NY 10006
    Phone: (212) 346-2400

By: _____
    Dawn E. Prosser
    P.O. Box 3426
    Palm Beach, FL 33480

130186556.1
130208052.1

2

By _____
Oakland Benta
P.O. Box 3388
Frederikstead
St. Croix USVI 00841

*Plaintiff, pro se*