**THE UNITED STATES DISTRICT COURT**
**FOR THE UNITED STATES VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 06-30009 |
| JEFFREY J. PROSSER, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| OAKLAND BENTA, JEFFREY J. ) | |
| PROSSER, AND DAWN E. PROSSER, ) | |
| ) | Adv. Pro. No. 3:21-ap-03001-MFW |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| CHRISTIE'S INC., CHARLES ANTIN, ) | |
| FOX ROTHSCHILD LLP, YANN ) | |
| GERON, WILLIAM H. STASSEN, ) | |
| DAVID M. NISSMAN, JAMES P. ) | |
| CARROLL ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER ON STIPULATION ON PLAINTIFFS' REQUEST TO EXTEND THE TIME TO FILE THEIR OPPOSITIONTO DEFENDANTS' MOTION TO DISMISS

Upon the Stipulation on Plaintiffs' request to extend the time to file their opposition to Defendants' Motion to Dismiss, and good cause appearing therefor; it is hereby

**ORDERED** that the date for plaintiffs to file their opposition memorandum, if any, to defendants' Motion to Dismiss shall be extended from February 3, 2022 to February 17, 2022; that Plaintiffs shall not raise any arguments in the opposition memorandum, nor any other memorandum, regarding the form of the Motion to Dismiss or whether it is in conformity with the Federal or Local Rules of Bankruptcy Procedure, while retaining the right to challenge the substance of the Motion to Dismiss; and that Defendants' date to file their Reply Memorandum,

if any, in response to Plaintiffs' brief in opposition to the Defendants' Motion to Dismiss be extended to 60 days following Plaintiff's filing of their opposition brief.

Dated: January 31, 2022

_____

HON. MARY F. WALRATH, USBJ